# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH NICHOLS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ERIC ARNOLD (Warden),<br><br>　　　　　Respondent | Case No. CV 17-8490 DSF(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed without prejudice.

DATED: 12/4/18

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE